## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAKE THE ROAD NEW YORK, et al., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| KEVIN MCALEENAN, Acting Secretary of the Department of Homeland Security, et al., | ) ) ) |
| *Defendants*. | ) ) ) |

Civil Action No. 2019-cv-02369-KBJ

### PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiffs Make The Road New York, La Unión del Pueblo Entero, and WeCount! hereby move for a preliminary injunction to enjoin Defendants Kevin McAleenan, Acting Secretary of the Department of Homeland Security, Matthew T. Albence, Acting Director of the United States Immigration and Customs Enforcement, Kenneth T. Cuccinelli, Acting Director of the United States Citizenship and Immigration Services, Mark Morgan, Acting Commissioner of the United States Customs and Border Protection, and William Barr, Attorney General of the United States from applying the Notice Designating Aliens for Expedited Removal, 84 Fed. Reg. 35409 (July 23, 2019) ("Rule").  As further explained in the accompanying Memorandum, Defendants' new Rule subjects the members of Plaintiff Organizations to expedited removal, a summary deportation process in which a single immigration officer can order a person removed without any meaningful opportunity to challenge their removal.  Moreover, the Rule was promulgated and made immediately effective without adherence to the Administrative Procedure Act's ("APA") notice-and-comment requirements, and is also arbitrary and capricious under the APA.  Because it creates an

unacceptable risk of wrongful removal, and for other reasons set forth in the accompanying

Memorandum, the Rule violates the APA and the Immigration and Nationality Act.  A

preliminary injunction is warranted to prevent severe and irreparable harm to Plaintiffs.

In support of this Motion, Plaintiffs rely upon the accompanying Memorandum,

declarations, and exhibits. A proposed order is attached for the Court's convenience.

## PURSUANT TO LOCAL RULE 7(m)

Pursuant to Local Rule 7(m), on August 7, 8, and 9, Plaintiffs' counsel conferred with

Erez Reuveni, Assistant Director, Office of Immigration Litigation, U.S. Department of Justice,

to determine if Defendants would consent to the relief requested in this motion. Defendants

informed Plaintiffs that they do not consent.

Dated: August 9, 2019

Respectfully submitted,

*/s/ Celso Perez*

Trina Realmuto*\*\*\*\*
Kristin Macleod-Ball*\*\*\*\*
American Immigration Council
1318 Beacon Street, Suite 18
Brookline, MA 02446
(857) 305-3600

Karolina J. Walters (D.C. Bar No. 1049113)
American Immigration Council
1331 G Street, NW, Suite 200
Washington, D.C. 20005
(202) 507-7520

Jonathan K. Youngwood*
Susannah S. Geltman*
Joshua Polster*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Adrienne V. Baxley (D.C. Bar No. 1044750)
Simpson Thacher & Bartlett LLP

Celso Perez  (D.C. Bar No. 1034959)
Anand Balakrishnan*\*\*\*\*
Omar C. Jadwat*
Lee Gelernt*\*\*\*\*
American Civil Liberties Union
Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2600

Jennifer Chang Newell***
Stephen B. Kang*\*\*\*\*\*
Julie Veroff***
American Civil Liberties Union
Foundation, Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0774

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union

900 G Street, N.W.
Washington, D.C. 20001
(202) 636-5822

*Pro hac vice application forthcoming*
**Pro hac vice application pending*
***Filing pursuant to LCvR 83.2(c)*
****Application for admission forthcoming*
*****Admitted pro hac vice*

Foundation of the District of Columbia
915 15th Street, NW, 2nd floor
Washington, D.C. 20005
(202) 457-0800

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2019, I electronically filed the foregoing motion, and accompanying memorandum of law and exhibits, with the United States District Court for the District of Columbia by using the CM/ECF system. In addition I emailed a courtesy copy of the foregoing motion, accompanying memorandum of law and exhibits, to Erez Reuveni, Assistant Director, United States Department of Justice-Civil Division at Erez.R.Reuveni@usdoj.gov.  I will also be hand serving a copy of the same with the U.S. Attorney for the District of Columbia, on the next business day, at 555 4th St N.W., Washington D.C. 20530.

Date: August 9, 2018

/s/Celso Perez
Celso Perez