**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAKE THE ROAD NEW YORK, et al., )<br>  )<br>*Plaintiffs*, )<br>  )<br>v. )<br>  )<br>KEVIN MCALEENAN, Acting Secretary of the )<br>Department of Homeland Security, et al., )<br>  )<br>*Defendants*. )<br>  ) | Civil Action No. 2019-cv-02369-KBJ |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

| Tab | Exhibit Name |
|---|---|
| 1 | Declaration of Paige Austin (Plaintiff Make the Road New York) |
| 2 | Declaration of Juanita Valdez-Cox (Plaintiff *La Unión del Pueblo Entero*) |
| 3 | Declaration of Jonathan Fried (Plaintiff WeCount!) |
| 4 | Declaration of Eduardo Beckett |
| 5 | Declaration of Gracie Willis |
| 6 | Declaration of Hannah Cartwright |
| 7 | Declaration of Shalyn Fluharty |
| 8 | Declaration of Jessica Shulruff Schneider |
| 9 | Declaration of Joanna Delfunt |
| 10 | Declaration of Edna Yang |
| 11 | Declaration of Jose Jesus Rodriguez |
| 12 | Declaration of Kara Hartzler |

| | |
|---|---|
| 13 | Declaration of Kelly White |
| 14 | Declaration of Laura Lunn |
| 15 | Declaration of Leah A. Jones |
| 16 | Declaration of Timothy Warden-Hertz |
| 17 | Declaration of Cecilia Menjivar |
| 18 | Declaration of Taslim Tavarez |
| A | Notice Designating Aliens for Expedited Removal, 84 Fed. Reg. 35409 (July 23, 2019) |
| B | Exec. Order No. 13767, Border Security and Immigration Enforcement Improvements, 82 Fed. Reg. 8793 (Jan. 30, 2017) |
| C | Executive Office for Immigration Review, Operating Policy and Procedure Memorandum 97-3: Procedures for Credible Fear and Claimed Status Reviews (1997); *available at* https://www.justice.gov/sites/default/files/eoir/legacy/2013/05/07/97-3.pdf (last visited Aug. 7, 2019) |
| D | Letter from American Immigration Lawyers Association, et al., to Leon Rodríguez, USCIS, and Sarah Saldana, ICE (Dec. 24, 2015), *available at* http://www.aila.org/advo-media/aila-correspondence/2015/letter-uscis-ice-due-process (last visited Aug. 7, 2019) |
| E | Statement for the Record of Eleanor Acer, Dir., Refugee Protection, Human Rights First, *Hearing before the House Judiciary Subcommittee on Immigration and Border Security* (Feb. 11, 2015), *available at* http://docs.house.gov/meetings/JU/JU01/ 20150211/102941/HHRG-114-JU01-20150211-SD003.pdf (last visited Aug. 7, 2019)* |
| F | Letter from National Immigrant Justice Center, et al., to Megan H. Mack, DHS Office of Civil Rights and Civil Liberties (Nov. 13, 2014), *available at* http://immigrantjustice.org/sites/immigrantjustice.org/files/images/Right%20to%20Asylum%20-%20CRCL%20Complaint%20Cover%20Letter%20-%2011.13.14%20FINAL%20PUBLIC.pdf (last visited Aug. 7, 2019) |
| G | Letter from American Immigration Council and American Civil Liberties Union to Kevin K. McAleenan, DHS Acting Secretary (May 1, 2019) |
| H | U.S. Customs and Border Protection, Snapshot: A Summary of CBP Facts and Figures (May 2019), *available at* https://www.cbp.gov/sites/default/files/assets/documents/ |

---

*Exhibits marked with an asterisk have been excerpted pursuant to Judge Jackson's General Order and Guidelines Applicable to APA Cases, Rule 5(d)(ii), ECF No. 11. Full versions of these documents are available online, at the addresses noted above.

    2019-May/cbp-snapshot-05162019.pdf (last visited Aug. 7, 2019)

I    U.S. Immigration and Customs Enforcement, *Report of the DHS Advisory Committee on Family Residential Centers* (2016), *available at* https://www.ice.gov/sites/default/files/documents/Report/2016/ACFRC-sc-16093.pdf (last visited Aug. 7, 2019)*

J    U.S. Comm'n on Int'l Religious Freedom, *Report on Asylum Seekers in Expedited Removal: Volume I: Findings & Recommendations* (2005), *available at* http://www.uscirf.gov/sites/default/files/resources/stories/pdf/asylum_seekers/Volume_I.pdf (last visited Aug. 7, 2019)*

K    U.S. Comm'n on Int'l Religious Freedom, *Barriers to Protection: The Treatment of Asylum Seekers in Expedited Removal* (2016), *available at* https://bit.ly/2uydMQ8 (last visited Aug. 7, 2019)*

L    Borderland Immigration Council, *Discretion to Deny: Family Separation, Prolonged Detention, and Deterrence of Asylum Seekers at the Hands of Immigration Authorities Along the U.S.-Mexico Border* (2017), *available at* https://media.wix.com/ugd/e07ba9_72743e60ea6d4c3aa796becc71c3b0fe.pdf (last visited Aug. 7, 2019)*

M    American Civil Liberties Union, *American Exile: Rapid Deportations that Bypass the Courtroom* (2014), *available at* https://www.aclu.org/files/assets/120214-expeditedremoval_0.pdf (last visited Aug. 7, 2019)*

N    Human Rights Watch, *You Don't Have Rights Here* (Oct. 2014), *available at* https://www.hrw.org/report/2014/10/16/you-dont-have-rights-here/us-border-screening-and-returns-central-americans-risk (last visited Aug. 5, 2019)*

O    Center for Migration Studies, *US Undocumented Population Continued to Fall from 2016 to 2017, and Visa Overstays Significantly Exceed Illegal Crossings for the Seventh Consecutive Year* (Jan. 16, 2019), *available at* https://doi.org/10.14240/cmsesy011619 (last visited Aug. 7, 2019)

P    Alan Gomez, *Trump's quick deportation plan may be illegal, past immigration chiefs say,* USATODAY.com, (Feb. 24, 2017), *available at* https://www.usatoday.com/story/news/nation/2017/02/24/president-trumps-expedited-removal-plan-may-be-illegal/98276078/ (last visited Aug. 7, 2019)

Q    Ian James, *Wrongly Deported, American Citizen Sues INS for $8 Million*, L.A. Times (Sept. 3, 2000), *available at* https://www.latimes.com/archives/la-xpm-2000-sep-03-mn-14714-story.html (last visited Aug. 7, 2019)

R    Guillermo Cantor, et al., Am. Imm. Council, *Changing Patterns of Interior Enforcement in the United States, 2016 – 2018* (2019)*

S    Durrie Bouscaren, *Trump Administration Directs Colorado Immigration Court to Speed Up Asylum Cases for Families*, KUNC (Nov. 16, 2018),

https://tinyurl.com/y2mnglx5 (last visited Aug. 7, 2019)

T    *United States v. Sanchez-Figuero*, No. 3:19-cr-00025-MMD-WGC (D. Nev. July 25, 2019)

U    *Maria de la Paz v. Jeh Johnson*, No. 1:14-CV-016 (S.D. Tex. habeas petition filed Jan. 24, 2014)

V    Memorandum from John Kelly, Implementing the President's Border Security and Immigration Enforcement Improvements Policies (Feb. 20, 2017), *available at* https://bit.ly/2lrcCRg (last visited Aug. 7, 2019)