UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD NEW YORK, et al.,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>KEVIN MCALEENAN, Acting Secretary of the Department of Homeland Security, et al.,<br><br>      *Defendants*. | Civil Action No. 1:19-cv-02369-KBJ |

## MOTION FOR ADMISSION, *PRO HAC VICE*, OF JONATHAN K. YOUNGWOOD AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice*, of Jonathan K. Youngwood, of Simpson Thacher & Bartlett LLP, New York, NY, as additional counsel for Plaintiffs in this case. A declaration from Mr. Jonathan K. Youngwood is submitted in support of this motion.

Dated: August 8, 2019

            Respectfully submitted,

            */s/ Celso Perez*
            Celso Perez (D.C. Bar No. 1034959)
            American Civil Liberties Union Foundation,
            Immigrants' Rights Project
            125 Broad Street, 18th Floor
            New York, NY 10004
            T: (212) 549-2600
            cperez@aclu.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAKE THE ROAD NEW YORK, et al., )
)
           *Plaintiffs*, )
)
v. )
)
KEVIN MCALEENAN, Acting Secretary of the )
Department of Homeland Security, et al., )  Civil Action No. 1:19-cv-02369-KBJ
)
           *Defendants*. )

**DECLARATION OF JONATHAN K. YOUNGWOOD
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Jonathan K. Youngwood, hereby declare as follows:

1. My full name is Jonathan K. Youngwood.

2. I am an attorney at Simpson Thacher & Bartlett LLP. My office address is: 425 Lexington Avenue New York, NY 10017. My phone number is: (212) 455-3539.

3. I am member of the bar of the State of New York (Bar No. 2686525) and am admitted to practice before the U.S. District Courts for the Southern District of New York, the Eastern District of New York, the Northern District of New York, and the District of Colorado; the U.S. Courts of Appeals for the Second Circuit, Third Circuit, Fourth Circuit, Fifth Circuit, Seventh Circuit, Eighth Circuit, Ninth Circuit, and D.C. Circuit; and the U.S. Supreme Court.

4. I have not been disciplined by any state or federal bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

1

5. I am currently appearing before this Court in connection with *White v. Hilton Hotels Retirement Plan*, No: 16-CV-00856, and I was admitted *pro hac vice* to this Court on July 11, 2016 for that purpose. I have not been admitted *pro hac vice* to this Court in connection with any other proceeding in the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this ____ day of August 2019 in New York, NY.

Jonathan K. Youngwood
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-3539

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE THE ROAD NEW YORK, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> KEVIN MCALEENAN, Acting Secretary of the Department of Homeland Security, et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:19-cv-02369-KBJ |

**[PROPOSED] ORDER**

Upon consideration of the motion to admit Jonathan K. Youngwood to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.


Date: _____                            _____
                                                                                    United States District Judge