JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
KATHRYNE GRAY
ARCHITH RAMKUMAR
*Trial Attorneys*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Make the Road New York, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Kevin McAleenan, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:19-cv-02369-KBJ |

## NOTICE OF FILING OF THE ADMINISTRATIVE RECORD

Defendants, by and through undersigned counsel, hereby submit the administrative record for purposes of this lawsuit. That record, certified by the relevant official at the Department of Homeland Security, contains all materials—to the best of the certifier's knowledge, information, and belief—considered by the Department in issuing the designation under 8 U.S.C. § 1225(b)(1)(A)(iii), *Designating Aliens for Expedited Removal*, 84 Fed. Reg. 35,409 (July 23,

2019). Defendants are served the record via ECF through this filing. Defendants will also provide the court with a paper copy of the record.

            Respectfully submitted,

            JOSEPH H. HUNT
            Assistant Attorney General

            WILLIAM C. PEACHEY
            Director

         By: /s/ *Erez Reuveni*
            EREZ REUVENI
            Assistant Director
            Office of Immigration Litigation
            U.S. Department of Justice, Civil Division
            P.O. Box 868, Ben Franklin Station
            Washington, DC 20044
            Tel: (202) 307-4293
            Email: Erez.R.Reuveni@usdoj.gov

            KATHRYNE GRAY
            ARCHITH RAMKUMAR
            *Trial Attorneys*

Dated: August 28, 2019      *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                By: */s/ Erez Reuveni*
                    EREZ REUVENI
                    Assistant Director
                    United States Department of Justice
                    Civil Division