JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
KATHRYNE GRAY
ARCHITH RAMKUMAR
*Trial Attorneys*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ——————————————— | ) | |
| Make the Road New York, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-cv-02369-KBJ |
| | ) | |
| Kevin McAleenan, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| ——————————————— | ) | |

**JOINT STATEMENT CONCERNING THE COURT'S  SEPTEMBER 6, 2019 MINUTE**
**ORDER**

The parties hereby submit the following joint statement in response to the Court's minute order issued following oral argument on September 6, 2019, requesting that "the parties shall submit a joint proposal regarding procedures for maintaining the status quo with respect to enforcement of the July 23rd Notice while the Plaintiffs' preliminary injunction is under review."

Defendants represent the following: Having met and conferred, and the Court having indicated at the September 6 hearing that it would require up to "three weeks" to issue a decision concerning the pending motion for preliminary injunction, and given the impossibility of ensuring compliance with the Court's proposal at the September 6 hearing that Defendants provide the Court and Plaintiffs the name of every individual subject to the July 23 Notice within 24 hours of their becoming subject to the Notice until the Court issues its written decision, Defendants will not begin implementing the July 23 Notice until September 27, 2019, three weeks (21 days) from September 6, 2019.

In light of Defendants' representation, the parties agree that no further action or procedures are necessary to facilitate the Court's issuance of a written decision at this time.

//

//

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

KATHRYNE GRAY
ARCHITH RAMKUMAR
Trial Attorneys

Dated: September 10, 2019                 *Attorneys for Defendants*

Respectfully submitted,

*/s/ Celso Perez*

Trina Realmuto**                          Celso Perez  (D.C. Bar No. 1034959)
Kristin Macleod-Ball**                    Anand Balakrishnan**
American Immigration Council              Omar C. Jadwat**
1318 Beacon Street, Suite 18             Lee Gelernt**
Brookline, MA 02446                       Michael Tan*
(857) 305-3600                            American Civil Liberties Union
                                          Foundation, Immigrants' Rights Project
Karolina J. Walters (D.C. Bar No. 1049113)  125 Broad Street, 18th Floor
American Immigration Council              New York, NY 10004
1331 G Street, NW, Suite 200             (212) 549-2600
Washington, D.C. 20005
(202) 507-7520
                                          Jennifer Chang Newell***
                                          Stephen B. Kang**
Jonathan K. Youngwood**                   Julie Veroff***
Susannah S. Geltman**                     American Civil Liberties Union
Joshua Polster**                          Foundation, Immigrants' Rights Project
Simpson Thacher & Bartlett LLP            39 Drumm Street
425 Lexington Avenue                      San Francisco, CA 94111
New York, NY 10017                        (415) 343-0774

2

(212) 455-2000

Adrienne V. Baxley (D.C. Bar No. 1044750)****
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington, D.C. 20001
(202) 636-5822

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street, NW, 2nd floor
Washington, D.C. 20005
(202) 457-0800

*Attorneys for Plaintiffs*

*\*Pro hac vice application forthcoming*
*\*\* Admitted pro hac vice*
*\*\*\*Filing pursuant to LCvR 83.2(c)*
*\*\*\*\*Application for admission forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division