JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
KATHRYNE GRAY
ARCHITH RAMKUMAR
*Trial Attorneys*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Make the Road New York, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No. 1:19-cv-02369-KBJ |
| | ) |
| Kevin McAleenan, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION ON SCHEDULING**

The parties, by and through their counsel, having met and conferred, and in light of the scheduling call with Court on October 4, 2019, hereby stipulate as follows:

1.  Pursuant to the Court's order dated August 14, 2019, the Defendants deadline to answer or otherwise respond to Plaintiffs' complaint is currently October 11, 2019.

2.  The parties agree, that in light of the possibility of appeal in this case, that Defendants'

    deadline to answer or otherwise respond should be extended by sixty (60) days up to

    December 10, 2019.

3.  The parties further agree—in the event a notice to appeal is filed by Defendants—to

    meet and confer concerning how to further proceed in this case.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: /s/ Erez Reuveni
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

KATHRYNE GRAY
ARCHITH RAMKUMAR
Trial Attorneys

Dated: October 7, 2019                    *Attorneys for Defendants*

Respectfully submitted,

/s/ Celso Perez

Celso Perez  (D.C. Bar No. 1034959)
Anand Balakrishnan*
Omar C. Jadwat*
Lee Gelernt*
Michael Tan*
American Civil Liberties Union

Trina Realmuto*
Kristin Macleod-Ball*
American Immigration Council
1318 Beacon Street, Suite 18
Brookline, MA 02446
(857) 305-3600

Karolina J. Walters (D.C. Bar No. 1049113)
American Immigration Council
1331 G Street, NW, Suite 200
Washington, D.C. 20005
(202) 507-7520

Jonathan K. Youngwood*
Susannah S. Geltman*
Joshua Polster*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Adrienne V. Baxley (D.C. Bar No.
1044750)***
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington, D.C. 20001
(202) 636-5500

Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2600

Jennifer Chang Newell**
Stephen B. Kang*
Julie Veroff**
American Civil Liberties Union
Foundation, Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0774

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street, NW, 2nd floor
Washington, D.C. 20005
(202) 457-0800

*Attorneys for Plaintiffs*


*\* Admitted pro hac vice*
*\*\*Filing pursuant to LCvR 83.2(c)*
*\*\*\*Application for admission pending*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By:   */s/ Erez Reuveni*
      EREZ REUVENI
      Assistant Director
      United States Department of Justice
      Civil Division

1