## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Make the Road, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | **NOTICE OF APPEAL** |
| ) | |
| v. ) | Civil Action No. 1:19-cv-2369-KBJ |
| ) | |
| Kevin McAleenan, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF APPEAL**

Defendants hereby appeal from the Court's Memorandum Opinion (ECF No. 40) and Order (ECF No. 41) entered September 27, 2019, in the above-captioned case to the United States Court of Appeals for the District of Columbia Circuit.

    Respectfully submitted,

    JOSEPH H. HUNT
    Assistant Attorney General

By: /s/ *Erez Reuveni*
    EREZ REUVENI
    Assistant Director, Office of Immigration Litigation
    U.S. Department of Justice, Civil Division
    450 5th Street NW
    Washington, DC 20530
    Tel. (202) 307-4293
    Erez.R.Reuveni@usdoj.gov

*Attorneys for Defendants*

Dated: October 25, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

> By: */s/ Erez Reuveni*
> EREZ REUVENI
> Assistant Director
> United States Department of Justice
> Civil Division