IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAKE THE ROAD NEW YORK, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) No. 19-cv-02369-KBJ | |
| KEVIN MCALEENAN, Acting Secretary of the ) | |
| Department of Homeland Security, et al., ) | |
| ) | |
| *Defendants*. ) | |

**JOINT REQUEST FOR A STATUS CONFERENCE[1]**

The parties jointly request a status conference with the Court at the court's convenience regarding next steps in the case.

On September 27, 2019, this Court preliminarily enjoined the Secretary of Homeland Security's exercise of his authority under 8 U.S.C. § 1225(b)(1)(A)(iii)(I) to designate as subject to expedited removal under 8 U.S.C. § 1225(b)(1) certain inadmissible aliens physically present in the United States for less than two continuous years. *See Make the Road v. McAleenan*, 405 F. Supp. 3d 1 (D.D.C. Sep. 27, 2019).

On November 15, 2019, pending appeal by Defendants, and at the agreement of the parties, the Court stayed proceedings until further order of the Court, directing that "the parties shall file a status report within 30 days of the D.C. Circuit's issuance of the mandate" in the appeal. Order (11/15/19).  The Court of Appeals issued a decision vacating the preliminary injunction on June 23, 2020, *Make The Rd. New York v. Wolf*, 962 F.3d 612 (D.C. Cir. 2020),

---

[1] Undersigned counsel conferred with Counsel for the government, who joins this motion.

1

and the mandate issued on September 30, 2020, following denial of a petition for rehearing en banc.

In light of the mandate's issuance, the parties request a status conference at the Court's convenience to discuss with the Court how to proceed in this case in light of the Court's schedule.

Dated: October 1, 2020

Trina Realmuto*
National Immigration Litigation Alliance
100 Griggs Terrace
Brookline, MA 02446
(617) 819-4447

Kristin Macleod-Ball*
American Immigration Council
1318 Beacon Street, Suite 18
Brookline, MA 02446
(857) 305-3600

Karolina J. Walters (D.C. Bar No. 1049113)
American Immigration Council
1331 G Street, NW, Suite 200
Washington, D.C. 20005
(202) 507-7520

Jonathan K. Youngwood*
Susannah S. Geltman*
Joshua Polster*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Adrienne V. Baxley (D.C. Bar No. 1044750)
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington, D.C. 20001
(202) 636-5500

Respectfully submitted,

　 */s/ Celso Perez*
Celso Perez  (D.C. Bar No. 1034959)
Anand Balakrishnan*
Omar C. Jadwat*
Lee Gelernt*
Michael Tan*
American Civil Liberties Union
Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2600

Stephen B. Kang*
Julie Veroff**
American Civil Liberties Union
Foundation, Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0774

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street, NW, 2nd floor
Washington, D.C. 20005
(202) 457-0800

*Attorneys for Plaintiffs*

*\* Admitted pro hac vice*
*\*\*Filing pursuant to LCvR 83.2(c)*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2020 I electronically filed the foregoing motion and all attachments with the Clerk for the United States District Court for the District of Columbia by using the CM/ECF system. A true and correct copy of this filing has been served on all counsel via the Court's CM/ECF system:

                                                                                              */s/ Celso Perez*
                                                                                              Celso Perez
                                                                                              Attorney for Plaintiffs