# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAKE THE ROAD NEW YORK, *et al*., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 19-cv-02369-KBJ |
| CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al*., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiffs Make The Road New York and La Unión del Pueblo Entero hereby move for a preliminary injunction to enjoin Defendants Chad F. Wolf, Acting Secretary of the Department of Homeland Security, Tony H. Pham, Senior Official Performing the Duties of the Director of United States Immigration and Customs Enforcement, Kenneth T. Cuccinelli, Acting Director of the United States Citizenship and Immigration Services, Mark A. Morgan, Acting Commissioner of the United States Customs and Border Protection, and William P. Barr, Attorney General of the United States, from applying the Notice Designating Aliens for Expedited Removal, 84 Fed. Reg. 35409 (July 23, 2019) or subsequent written implementation documents.

As further explained in the accompanying Memorandum, Defendants' new Rule and implementation documents subject Plaintiffs' members to expedited removal, a summary deportation process in which a single immigration officer can order a person removed without any meaningful opportunity to challenge their removal and without access to counsel.  The Rule was issued illegally because then-Acting Secretary of Homeland Security Kevin McAleenan lacked authority. The Rule and its implementation create an unacceptably high risk of wrongful

removal, fail to provide adequate procedures to ensure the fair and accurate administration of the expedited removal system, and improperly authorize individuals in the interior of the United States who lack valid documents to be subject to expedited removal.

For these and the additional reasons set forth in the accompanying Memorandum, the Rule violates the Immigration and Nationality Act, the Administrative Procedure Act, the Homeland Security Act, the Federal Vacancies Reform Act, and the Appointments Clause of the Constitution. A preliminary injunction is warranted to prevent severe and irreparable harm to Plaintiffs.

In support of this Motion, Plaintiffs rely upon the accompanying Memorandum, declarations, and exhibits. A proposed order is attached for the Court's convenience.

CONFERENCE WITH OPPOSING COUNSEL PURSUANT TO LOCAL RULE 7(m)

Pursuant to Local Rule 7(m), Plaintiffs' counsel conferred with counsel for Defendants, Erez Reuveni, Assistant Director, Office of Immigration Litigation, to determine if Defendants would consent to the relief requested in this motion. Defendants do not consent.

Dated: October 19, 2020

Trina Realmuto*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447

Kristin Macleod-Ball*
American Immigration Council
1318 Beacon Street, Suite 18
Brookline, MA 02446
(857) 305-3600

Karolina J. Walters (D.C. Bar No. 1049113)
American Immigration Council
1331 G Street, NW, Suite 200
Washington, D.C. 20005
(202) 507-7520

Jonathan K. Youngwood*
Susannah S. Geltman*
Joshua Polster*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Adrienne V. Baxley (D.C. Bar No. 1044750)
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington, D.C. 20001
(202) 636-5500

Respectfully submitted,

*/s/ Celso Perez*
Celso Perez (D.C. Bar No. 1034959)
Anand Balakrishnan*
Michael Tan*
Omar C. Jadwat*
Lee Gelernt*
David Chen**
American Civil Liberties Union
Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2600

Stephen B. Kang*
Spencer Amdur*
Julie Veroff**
American Civil Liberties Union
Foundation, Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0774

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union
Foundation of the District of Columbia
915 15th Street, NW, 2nd floor
Washington, D.C. 20005
(202) 457-0800

*Attorneys for Plaintiffs*

*Admitted pro hac vice*
**Filing pursuant to LCvR 83.2(c)*