IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAKE THE ROAD NEW YORK, et al., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| KEVIN MCALEENAN, Acting Secretary of the Department of Homeland Security, et al., | ) No. 19-cv-02369-KBJ ) ) |
| *Defendants*. | ) ) ) ) |

## NOTICE OF ERRATA

Defendants submit this notice of errata to correct an error in a single page of the administrative record submitted in support of ICE Policy 11058.2, titled "Superseding Implementation Guidance for July 2019 Designation of Aliens Subject to Expedited Removal" (Oct. 2, 2020), filed October 26, 2020 with this Court. The correction is to "ICE.022." The document included in the record as filed on October 26, 2020 stated as follows:

> The outcome would be different if the alien entered the United States on July 24, 2020, because in that case he would not be able to establish to the satisfaction of the immigration officer that he has been continuously present since before the July 23, 2019 ER Designation, meaning that the immigration officer could process him for expedited removal. However, if the encounter in Omaha did not occur until October 5, 2021, and the alien established to the immigration officer's satisfaction that he has been continuously physically present since July 24, 2020, the alien would not be subject to the July 23, 2019 ER Designation because this would be longer than the 2-year maximum period allowed under the designation.

The corrected version (with redlines and without) reads as follows, and likewise appears at page "ICE.022":

With redlines:

The outcome would be different if the alien entered the United States on July 24, ~~2020~~2019, because in that case he would not be able to establish to the satisfaction of the immigration officer that he has been continuously present since before the July 23, 2019 ER Designation, meaning that the immigration officer could process him for expedited removal.  However, if the encounter in Omaha did not occur until October 5, 2021, and the alien established to the immigration officer's satisfaction that he has been continuously physically present since July 24, ~~2020~~2019, the alien would not be subject to the July 23, 2019 ER Designation, <ins>even though he entered after the date of the designation,</ins> because this would be longer than the 2-year maximum period allowed under the designation.

Without redlines:

The outcome would be different if the alien entered the United States on July 24, 2019, because in that case he would not be able to establish to the satisfaction of the immigration officer that he has been continuously present since before the July 23, 2019 ER Designation, meaning that the immigration officer could process him for expedited removal.  However, if the encounter in Omaha did not occur until October 5, 2021, and the alien established to the immigration officer's satisfaction that he has been continuously physically present since July 24, 2019, the alien would not be subject to the July 23, 2019 ER Designation, even though he entered after the date of the designation, because this would be longer than the 2-year maximum period allowed under the designation.

The administrative record is otherwise identical, and this correction has no bearing on any part of Defendants' briefing before the Court. A copy of the corrected record, with the specific correction to page "ICE.022" is attached to this notice. Defendants regret the error.

//

//

Dated: November 10, 2020                Respectfully submitted,

                                                           JEFFREY BOSSERT CLARK
                                                           Acting Assistant Attorney General

                                                           WILLIAM C. PEACHEY
                                                           Director

                                          By: <u>/s/ *Erez Reuveni*</u>
                                                        EREZ REUVENI
                                                        Assistant Director
                                                        Office of Immigration Litigation
                                                        U.S. Department of Justice, Civil Division
                                                        P.O. Box 868, Ben Franklin Station
                                                        Washington, DC 20044
                                                        Tel: (202) 307-4293
                                                        Email: Erez.R.Reuveni@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

        By: */s/ Erez Reuveni*
            EREZ REUVENI
            Assistant Director
            United States Department of Justice
            Civil Division